Submitted on the record and petition October 28, petition for review allowed; decision of the Court of Appeals reversed, and case remanded to Court of Appeals for reconsideration December 31, 1992
See 119 Or App 171, 848 P2d 662 (1993)

STATE OF OREGON,
*Petitioner on Review,*

*v.*

ROBERT DEAN DAVIS,
*Respondent on Review.*

(CC 91C20370; CA A71158; SC S39535)

844 P2d 193

Timothy A. Sylwester, Assistant Attorney General, Salem, filed the petition for petitioner on review. With him on the petition were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is reversed, and the case is remanded to the Court of Appeals for reconsideration in the light of *State v. Haydon,* 116 Or App 347, 842 P2d 410 (1992).